| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:09CR137 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:13-00035 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: David Scott 412 Lockland Drive Nashville, TN 37206 | DISTRICT Southern District of Ohio | DIVISION U.S. Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Walter Herbert Rice United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM October 5, 2011 — TO October 4, 2014 |

OFFENSE
Sending Threatening Communications in Interstate Commerce, in violation of 18 U.S.C. 875(c)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>Southern District of Ohio</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3-15-12                           *[signature]*
Date                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>Middle District of Tennessee</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-6-13                           *[signature]*
Effective Date                    United States District Judge